Dinzel NORMAN v. STATE of Arkansas

CR 95-361                                         916 S.W.2d 724

Supreme Court of Arkansas
Opinion delivered February 12, 1996

*Pro se.*

■ PER CURIAM. George Stone, attorney for appellant, is directed to appear before this court on February 26, 1996, at 9 a.m. and show cause why he should not be held in contempt of this court for failure to file the appellant's brief in accordance with this court's Per Curiam Order of April 24, 1995.

Order Issued.